UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH SHAFFER,

                Plaintiff,

  -v-                                      CIVIL ACTION NO. 24 Civ. 6067 (CM) (SLC)

FAIRDINKUM CONSULTING, LLC, et al.,              **ORDER**

                Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

      This matter has been referred to the undersigned for general pretrial supervision. The Court is in receipt of the Parties' Letter-Motions for Discovery Conferences at ECF Nos. 24, 26, and 28 (the "Letter-Motions")). The Letter-Motions are GRANTED, and a telephonic discovery conference is scheduled for **Wednesday, May 21, 2025 at 3:00 p.m. EST** on the Court's Webex platform. The parties are directed to call: 1-855-244-8681; meeting number: 2308-226-4654 at the scheduled time and shall be prepared to discuss the issues identified in the Letter-Motions.

      The Clerk of Court is respectfully directed to close ECF Nos. 24, 26, and 28.

Dated:      New York, New York
              May 1, 2025

                                                    SO ORDERED.

                                                    **SARAH L. CAVE**
                                                    **United States Magistrate Judge**