USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/1/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

KEITH SHAFFER,

           Plaintiff,

  -against-                                     24 Civ. 6067 (CM)(SLC)

FAIRDINKUM CONSULTING, LLC, et al.,

           Defendants.

----------------------------------------x

## ORDER OF REFERENCE TO MAGISTRATE JUDGE

McMahon, J.:

    It is the practice of this court to advise parties that, if a discovery dispute arises, they are to approach the district judge in order to obtain an order of reference to the Magistrate Judge assigned to the case.[1] Without such order of reference, the Magistrate Judge has no basis to get involved in pre-trial proceedings.

    Apparently a discovery dispute arose in this case. Without consulting me, the parties sent competing letters about a pending discovery dispute directly to Judge Cave. Those letters (see Dockets # 24, 26, 27 and 28) are not addressed to me, but they have turned up on my list of open motions. They are not on Judge Cave's radar screen because the parties never addressed a request for an order of reference to me. As a result, this January request for a discovery conference has languished.

    Attached to this order is an Order of Reference to Magistrate Judge Cave for discovery supervision and related matters. Please contact Judge Cave's chambers to schedule your conference and feel free to consult her about any further discovery disputes – though I hope there will be none.

    The Clerk of Court should terminate the letter motion at Docket #24.

---

[1] See Judge McMahon's Case Management Order, which says: "The first time there is a discovery dispute that counsel cannot resolve on their own, notify Judge McMahon's Chambers by letter and she will sign a order referring your case to the Magistrate Judge for discovery supervision."

Dated: May 1, 2025

_____
U.S.D.J.

BY ECF TO ALL COUNSEL
BY EMAIL TO THE HON. SARAH L. CAVE