UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH SHAFFER,

Plaintiff,

-v-

CIVIL ACTION NO. 24 Civ. 6067 (CM) (SLC)

FAIRDINKUM CONSULTING, LLC, et al.,

**ORDER**

Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Discovery Conference held today, September 4, 2025, the Court orders as follows:

1. By **Thursday, September 18, 2025**, Defendants shall:

    a. Produce to Plaintiff bank statements for Fairdinkum Management Holdings LLC that correspond to the four debit transactions reflected on FDI_116 (the "Distributions") (see ECF No. 52 at 5);

    b. Ascertain whether formula(e) or calculations exist for the Distributions;

    c. Provide to the Court for in camera review unredacted versions of FDI_110 and FDI_116 by emailing the documents to Chambers at Cave_NYSDChambers@nysd.uscourts.gov;

    d. File a letter with the Court as to the status of (1)(a) and (1)(b).

2. By **Monday, September 8, 2025**, the parties shall order a copy of the transcript of today's conference using the annexed form.

Dated:        New York, New York
              September 4, 2025

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

## Request for the production of a transcript from an electronic recording

### Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u>  The transcript will be delivered to your office and you will be  invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for  the transcription services described herein. This form should not be submitted for the purpose of obtaining  a price estimate.

**NOTE:**  CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING |

| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |
|---|---|---|
| | | |

## INDICATE  SERVICE:
### (prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ◯ | ◯ | ◯ | ◯ | ◯ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|