UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH SHAFFER,

                 Plaintiff,

    -v-                                   CIVIL ACTION NO. 24 Civ. 6067 (CM) (SLC)

FAIRDINKUM CONSULTING, LLC, et al.,         **ORDER**

                 Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Discovery Conference held yesterday, September 29, 2025 (the "Conference"), the Court orders as follows:

1. Plaintiff has made a colorable showing that the information the Court required Defendants to produce in the September 4, 2025 post-conference order at Dkt. No. 53 (the "Sept. 4 Information") is relevant to Plaintiff's damages with respect to Counts 1, 2, and 3 of the First Amended Complaint (Dkt. No. 7), which have not been stayed. (See Dkt. No. 54 at 22). Accordingly, Defendant shall promptly produce the Sept. 4 Information.

2. The remaining fact discovery items consist solely of (1) the Sept. 4 Information, and (2) Mr. Christensen's phone logs for 2021 in response to Plaintiff's Post-Deposition Request No. 6, which Defendants have agreed to produce promptly. In all other respects, the Court deems fact discovery closed.

3. Plaintiff's remaining fact discovery requests discussed in the parties' correspondence (Dkt. Nos. 55, 58) and during the Conference are DENIED.

4. By **Friday, October 3, 2025**, the parties shall order a copy of the transcript of the Conference using the annexed form.

The Clerk of the Court is respectfully directed to close Dkt. No. 55.

Dated:   New York, New York
          September 30, 2025

                        SO ORDERED.

                        **SARAH L. CAVE**
                        **United States Magistrate Judge**

2

# Request for the production of a transcript from an electronic recording

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, <u>NOT the Southern District Court Reporters.</u> The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| DOCKET NUMBER | DATE OF THE HEARING | JUDGE'S NAME |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|
| ○ | ○ | ○ | ○ | ○ |

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

**RESET** | **PRINT** | **SAVE** | **EMAIL**