UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEITH SHAFFER,

                              Plaintiff,

          -v-                                                    CIVIL ACTION NO. 24 Civ. 6067 (CM) (SLC)

FAIRDINKUM CONSULTING, LLC, et al.,                              **ORDER**

                              Defendants.

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the Discovery Conference held today, October 17, 2025 (the "Conference"), the Court orders as follows:

1. By **Friday, October 31, 2025**, Plaintiff shall produce any cover letters in his possession that he received from Mr. Hafke with respect to the 303 pages of documents in Plaintiff's September 29, 2025 production to Defendants (the "Sept. Production")**.**

2. By **Friday, October 31, 2025**, Defendants may reopen the deposition of Plaintiff for 90 minutes of on-the-record time on the limited topic of his receipt, retention, and production of the Sept. Production.

3. By **Friday, October 31, 2025**, Defendants shall produce the excel spreadsheet received from J.P. Morgan Chase**.**

4. By **Wednesday, October 22, 2025**, the parties shall order a copy of the transcript of the Conference using the annexed form.

The Clerk of the Court is respectfully directed to close Dkt. Nos. 69, 70, and 75.

Dated:      New York, New York
            October 17, 2025

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**Request for the production of a transcript from an electronic recording**

Send one request per completed form to:

# etranscripts@nysd.uscourts.gov

Transcripts from an electronic record are generated by a Court Approved Transcriber, NOT the Southern District Court Reporters. The transcript will be delivered to your office and you will be invoiced directly by the transcriber. Submission of this form constitutes an agreement to pay for the transcription services described herein. This form should not be submitted for the purpose of obtaining a price estimate.

**NOTE:** CJA requests require prior approval by submitting an Auth-24 document in the CJA eVoucher System. If granted, the attorney then submits the etranscripts order form (indicate CJA Request). Upon notification from the transcriber, the attorney will create a CJA 24 Voucher in the eVoucher system.

Today's Date: _____

| Case Caption | |
|---|---|
| **DOCKET NUMBER** | **DATE OF THE HEARING** | **JUDGE'S NAME** |

## INDICATE SERVICE:
(prices listed are per page)

| Daily $7.30 | 3 Day $6.55 | 7 Day $5.85 | 14 Day $5.10 | 30 Day $4.40 |
|---|---|---|---|---|

| Your Name | |
|---|---|
| Firm Name | |
| Address | |
| City, State | Zip Code |
| Telephone Number | |
| E-mail Address | |

| RESET | PRINT | SAVE | EMAIL |
|---|---|---|---|