

**NISAR LAW GROUP, P.C.**
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165



Susan Ghim, Sr. Litigation Counsel
sghim@nisarlaw.com
Main: (212) 600-9534
Direct: (646) 889-1011

March 25, 2026

*Conference adjourned to 4/03/2026 at 11:30 AM*

*Colleen McMahon*
*3/30/2026*

VIA ECF
Hon. Colleen McMahon, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street
New York, York 10007

Re:    Case No. 24cv6067 Keith Shaffer v. Fairdinkum Consulting LLC, et al.
       Request for Permission to Appear by Telephone for Rule 16 Conference tbh 4/2/2026

Dear Judge McMahon:

As the Court is aware, Nisar Law Group, PC represents the Plaintiff Keith Shaffer ("Plaintiff") in the above referenced matter.   By Order dated on or about March 25, 2026, the Court scheduled a Rule 16 Conference to be held in person on April 2, 2026 at 10:15am. [ECF doc. no. 87, 88] Undersigned Counsel for Plaintiff respectfully requests to appear at the conference by telephone or in the alternative adjourn the conference to a date when in person appearance is possible.  This request is made at least two business days prior to the scheduled appearance pursuant to the "Notice Re Judge Colleen McMahon's Procedures for Telephonic Appearances."

Undersigned counsel is unable to appear in person on April, 2, 2026 as I am currently working in the state of North Carolina and I am scheduled to travel to New York on April 9, 2026. The scheduled conference is for the Court to set dates for pre-trial submissions including briefing dates for the parties' summary judgment motions pursuant to the Court's Order dated on or about September 5, 2025.  [ECF doc. no. 54 pages 21-22]  Undersigned counsel requested and was granted on October 5, 2025 a Rule 16 conference because the parties were unable to agree on such dates. [ECF doc. no. 87]  Since this conference to be held on April 2, 2026 is not a trial date or an evidentiary hearing or requires witnesses to be present, which are expressly prohibited by the Court's procedures for telephonic appearances, undersigned counsel respectfully requests permission to appear by telephone so that a request for an adjournment is not necessary.

Should the Court deny permission for undersigned counsel to appear by telephone on April 2, 2026, I respectfully request in the alternative, an adjourned date for the conference.  Currently, I am available on the following dates for an in person appearance: April 13, 14, 20-24, 27 and 30, and May 1, 2026  Thank you.

Respectfully submitted,

/s/ Susan Ghim

_____
Susan Ghim, Sr. Litigation Counsel


Via ECF to:
Qing H. Guo, Esq.
Michael H. Hanan, Esq.
Gordon Rees Scully Mansukhami, LLP
One Battery Park Plaza, 28th Floor
New York, NY 10004
(973) 549-2500